| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>   United States Attorney<br>2  DHRUV M. SHARMA<br>   Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>   Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>   Facsimile: (916) 554-2900<br>5  Attorneys for Plaintiff<br>   United States of America | <br>**SEALED** |

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) TO META PLATFORMS, INC. AND META PAYMENTS INC. FOR INFORMATION RELATED TO THE FACEBOOK ACCOUNT IDENTIFIED BY NAME MICHAEL ANDREW | CASE NO. 2:23-sw-1113 CKD<br><br>ORDER<br><br>**UNDER SEAL** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring META PLATFORMS, INC. and META PAYMENT INC., electronic communications service providers and/or remote computing services headquartered in Menlo Park, CA, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior,

or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that META PLATFORMS, INC. and META PAYMENT INC. shall, within fourteen days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that META PLATFORMS, INC. and META PAYMENT INC. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days from the date of the order, unless extended, except that META PLATFORMS, INC. and META PAYMENT INC. may disclose this Order to an attorney for META PLATFORMS, INC. and META PAYMENT INC. for the purpose of receiving legal advice.

Dated: October 31, 2023

_Carolyn K. Delaney_
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

I.      **The Account(s)**

The Order applies to certain records and information associated with the following account:

Facebook name: Michael Andrew
Date of Birth: 02/23/1986
Phone Number: 916-224-3596
Email Address: mscott0223@yahoo.com

II.     **Records and Other Information to Be Disclosed**

METE PLATFORMS, INC. and META PAYMENT INC. are required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period June 28, 2018 to the present, regardless of whether such information is located within or outside of the United States:

A.      The following information about the customers or subscribers of the Account:

1.      Names (including subscriber names, user names, and screen names);

2.      Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.      Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

4.      Length of service (including start date) and types of service utilized;

5.      Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

6.      Means and source of payment for such service (including any credit card or bank account number) and billing records.

7.      All financial transactions made to/from account user via Facebook Pay.

B.      All records and other information (not including the contents of communications) relating to the Account, including:

1.      Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; source and destination Internet Protocol addresses; associated Instagram, Facebook and third-party accounts, device information, and

2.      Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, message headers, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).